[CERTIFIED TRANSLATION]

Exhibit 1

| | |
|---|---|
| [coat of arms]<br>**SAN JUAN** | OFFICE OF<br>**LEGAL AFFAIRS** |

## Complaint and Notice of Intent to Declare Property a Public Nuisance

## CERTIFIED WITH ACKNOWLEDGEMENT OF RECEIPT

| | |
|---|---|
| Date: | **February 26, 2024** |
| Case Number: | **22OP-58289QE-SJ** |
| Street Address: | **URB. PÉREZ MORRIS**<br>**16 PONCE STREET**<br>**SAN JUAN, PR 00987** |
| Mailing Address: | **HC 03 BOX 12913**<br>**CAROLINA, PR 00987** |

Dear Mr. **CASTRO ADAMES RAMON**,

The Office of Legal Affairs of the Autonomous Municipality of San Juan, hereinafter the "Office of Legal Affairs," conducted an investigation that revealed that you are [sic] **URB. PÉREZ MORRIS 16 PONCE STREET HATO REY SAN JUAN PUERTO RICO 00917** (hereinafter, the "Real Property"). After an investigation conducted into the conditions of the Real Property, this Office has determined that the property qualifies to be declared a "public nuisance," in accordance with Article 4.008 et seq. and 8.001(98) of Act 107 of 2020, as amended, better known as the Municipal Code of Puerto Rico, 21 L.P.R.A. § 7001 (hereinafter, the "Municipal Code") and Art. 15.201 et seq. and 15.105(j) of Chapter XV of the "Municipality of San Juan Urban Planning Code," as amended by Ordinance No. 1, Series 2021-2022, passed on July 22, 2021, (hereinafter, the "Urban Planning Code," which, among other provisions, define a public nuisance, as follows:

"Any abandoned structure or abandoned, uninhabited or empty lot that is in an inadequate condition to be inhabited or used by human beings, due to its state of ruin, lack of repair, construction flaws or the fact that it is harmful to public health and safety. Such conditions may include, but are not limited to, defects in the structure, which increase the risk of fire or accident; lack of adequate ventilation and/or sanitary facilities; lack of electricity and/or potable water; and/or lack of cleanliness."

| | |
|---|---|
| X Abandoned structure | X Harmful to public safety |
| __ Abandoned lot | __ Contains fire risks |
| __ Uninhabited or empty lot | __ Could cause accidents |
| X Structure in inadequate condition to be inhabited | __ Lack of ventilation |
| __ Structure in ruins | __ Sanitary facilities |
| __ Lack of repair | X Lack of electricity |
| __ Construction flaw | X Lack of potable water |
| X Harmful to health | X Lack of cleanliness |

[CERTIFIED TRANSLATION]

| [coat of arms] **SAN JUAN** | OFFICE OF **LEGAL AFFAIRS** |

The Real Property is an **ABANDONED STRUCTURE IN BAD CONDITION AND FULL OF WEEDS.** Due to the foregoing, we intend to declare the Real Property a public nuisance, in accordance with Article 4.008 et seq. of the Municipal Code and Art. 15.203 of the Urban Planning Code. This notice is sent out in compliance with Article 4.008 of the Municipal Code and Art. 15.203 of the Urban Planning Code. **You are hereby advised that you have a period of twenty (20) calendar days, which shall begin to run on the date that this letter is mailed, to oppose the declaration of the Real Property as a "public nuisance" and to request an administrative hearing before an Examining Officer** to be heard and to present the documentary, testimonial and expert evidence that you deem convenient to said officer. At the hearing, you may appear pro se or represented by an attorney, with your objections in writing and with the testimonial, documentary and/or expert evidence that you deem convenient and necessary.

### EFFECTS OF THE DECLARATION OF PUBLIC NUISANCE

Once a property is declared a "public nuisance," the owner shall be bound to clean or perform the necessary work to eliminate the condition of public nuisance within a period of sixty (60) days once the Resolution has been served, unless judicial review of the declaration has been sought. Should the owner fail to eliminate the condition of public nuisance, the Municipality shall proceed to do so at its expense and shall claim from the owner any and all expenses incurred in such efforts, in addition to the expenses associated with the procedure to declare the property a public nuisance, as well as the pertinent legal interest accrued after the sixty (60) day period has passed. The sum of the aforementioned amounts shall constitute a lien on the property, equivalent to a tacit legal mortgage, having the same level of priority as a tax debt. Such lien shall be recorded with the Property Registry. In cases where the Municipality has incurred expenses to take the necessary steps and to perform the necessary work to eliminate the condition of public nuisance, as a consequence of the owner's inaction, a fine shall be imposed in accordance with Article 15.206 of the Urban Planning Code. Such fine shall be in addition to the cost of eliminating the condition of public nuisance and shall be included in the lien provided for above, unless the fine is paid within a period of sixty (60) days after it was duly requested and notified by the Municipality. Within a period of sixty (60) days after the last effort made to collect the foregoing amounts, including any efforts to locate and/or to notify the owner at his/her last known address, in the event that such efforts are unsuccessful, the Municipality shall file the pertinent legal action to collect the money and consequently foreclose on the property and sell it at public auction, in accordance with the provisions of the Rules of Civil Procedure. The Municipality shall withhold the pertinent amount for any and all fines and the expenses incurred to perform the work required to clean or remove the condition of public nuisance on the property and shall deposit the remaining balance, if any, in a separate account of the General fund.

The Municipality shall maintain an Inventory of Properties Declared a "Public Nuisance," which shall contain all the properties whose declaration of "public nuisance" has become final and enforceable. The Municipality shall deny any municipal permit, endorsement, certification or authorization required to use or develop properties declared "public nuisances" for which any amount is due for repairs, improvements or cleaning work performed by the Municipality. As soon as the owner or person in charge pays the pending debt, the Municipality shall lift the imposed restriction.

[CERTIFIED TRANSLATION]

| [coat of arms] **SAN JUAN** | OFFICE OF **LEGAL AFFAIRS** |

Once the 60-day period after the declaration of "public nuisance" has passed, the Office shall inspect the property to verify whether the conditions that rendered it a public nuisance have been eliminated. In the event that such condition has not ceased, a fixed fine of five thousand dollars ($5,000.00) shall be imposed. In cases where a property has been declared a public nuisance in a final manner by the Municipality and the property is again declared a public nuisance as part of a different and subsequent case related to the same property, a fixed fine of five thousand dollars ($5,000.00) shall be imposed. The imposition of the foregoing fines is independent from the administrative fines that may be imposed by the Municipality prior to the action to declare a public nuisance the property, as established in Article 15.213 of the Urban Planning Code.

The property may be removed from the Inventory of Properties Declared a "Public Nuisance" at the request of a party, demonstrating that the condition of "public nuisance" has been eliminated satisfactorily in the Municipality's judgment, and the fines imposed and the expenses incurred by the Municipality have been paid. The Court of First Instance of the Judicial Region of San Juan shall hear any motion for judicial review filed by any person adversely affected by the decision of the Municipality or the imposition of an administrative fine. In this case, judicial review may be sought within a period of twenty (20) days of the date of the declaration of public nuisance or the notification of the fine imposed, which shall be informed in the notification of the fine, in accordance with Article 1.050 of the Municipal Code.

The declaration of public nuisance, in addition to the foregoing provisions, shall allow the Municipality:

(a)  To put up signage at the property identifying it as a public nuisance;

(b)  To perform an appraisal of the property through an appraiser or to ask the Municipal Revenue Collection Center (CRIM) to determine its market value;

(c)  To ask the CRIM for a property tax debt certification; and/or

(d)  To expropriate the real property for its own use, due to public utility and necessity. When the real property that is the object of expropriation has any debts, interest, late fees or penalties with the CRIM pertaining to property taxes, any such amount due shall be deducted from the appraisal value upon calculating fair compensation. Once ownership has been transferred to the Municipality, any debts, interest, late fees or penalties with the CRIM shall be cancelled in their entirety.

Furthermore, the real properties declared "public nuisances" shall form part of an inventory.

The properties included in the Inventory may be the object of compulsory expropriation, by which the Municipality shall be bound to pay to the owner the fair value of the property for its subsequent transfer to any person that is willing to acquire it for reconstruction and/or restoration or to build a new building. Nevertheless, authorized representatives of the Municipality who were involved in the process that ended in the declaration of public nuisance of a property may not acquire a property expropriated by the Municipality. The procedure to sell such properties to third parties shall be carried out in accordance with the provisions of Art. 4.012 of the Municipal Code and Art. 15.209 of the Urban Planning Code.

---

TEL. (787) 480-6230 – PO BOX 9024100, SAN JUAN, PR 00902-4100

[CERTIFIED TRANSLATION]

| [coat of arms]<br>**SAN JUAN** | OFFICE OF<br>**LEGAL AFFAIRS** |
| --- | --- |

**In order to file an opposition and request the administrative hearing before an Examining Officer,** you must go to the Office of Legal Affairs of the Autonomous Municipality of San Juan at **#130 De Diego Avenue, Street 54 SE, Urb. La Riviera, Trilito Building, 3ʳᵈ floor, San Juan, Puerto Rico, or the mailing address PO Box 70179, San Juan PR 00936-8179. For more information, you can call telephone number (787) 480-3080.**

**You are hereby advised that if you do not oppose the declaration of the Real Property as a "public nuisance" within twenty (20) days of the notification by mail of the foregoing letter, the Municipality may declare the Real Property as a "public nuisance" without further hearing or summoning you, as provided in Art. 4.010 of the Municipal Code and Art. 15.203(e) of the Urban Planning Code.**

Issued in San Juan, this *27ᵗʰ* of February 2024.

Sincerely,

[illegible signature]
Vanessa Y. Jiménez Cuevas
Director
Legal Affairs

**The perform any repair work on the real property, you mut comply with the current Regulations of the Office of Legal Affairs of the Municipality of San Juan.**

[**Translator's Note:** The same set of illegible initials appears in the left margin of every page herein except the signature page.]

[round ink stamp:
OFFICE OF LEGAL AFFAIRS
(coat of arms)
MUNICIPALITY OF SAN JUAN]

CERTIFICATION OF TRANSLATION

I, Carol G. Terry, a US-Court-Certified-Interpreter, Certificate No. 03-001, and translator with an MA in Translation from the University of Puerto Rico, do hereby certify that, to the best of my knowledge and abilities, the FOREGOING FOUR (4) PAGES are a true and correct translation of the original document in Spanish.

Carol G. Terry